846 A.2d 671

**In re NOMINATION PETITION OF Sheila BALLEN, as a Candidate for the Nomination for Representative in the General Assembly from the 175th District of Pennsylvania, Objections of Margaret Rzepski, Appellant.**

Supreme Court of Pennsylvania.

April 6, 2004.

Sharon Lee Suleta, for Margaret Rzepski.

Gregory M. Harvey, Philadelphia, for Sheila Ballen.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of April, 2004, the ORDER of the Commonwealth Court is hereby AFFIRMED.